**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00261-CR
No. 05-13-00262-CR
No. 05-13-00263-CR
No. 05-13-00264-CR

**MARQUIS OBRIAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56960-U, F13-57100-U, F12-71366-U, F13-71367-U**

## ORDER

The Court **REINSTATES** the appeals.

On January 7, 2014, we ordered J. Daniel Oliphant removed as appellant's counsel and ordered the trial court to appoint new counsel to represent appellant in the appeals. We have received the trial court's order appointing Katherine Drew of the Dallas County Public Defender's Office as new counsel.

We **DIRECT** the Clerk to add Katherine Drew as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Ms. Drew and to the Dallas County District Attorney's Office.

/s/     DAVID EVANS
           JUSTICE